IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CLYDE L. STOUDEMIRE,           )
                               )
     Plaintiff,                )
                               )  CIVIL ACTION NO.
     v.                        )     2:05cv244-T
                               )        (WO)
DARRELL R. McCLURE,            )
                               )
     Defendant.                )
```

## JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 23), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 28th day of October, 2005.

                                            /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE